**FILED**

May 03 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ shellyyeager          DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

BOBBY M. KEMP,

   **Plaintiff,**

v

AHMAD BEIRAMI,

   **Defendant.**

'23 CV0832 GPC AHG

---

## CIVIL COMPLAINT FOR VIOLATION OF THE RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT ("RICO") 18 U.S.C.S. 1962; VIOLATION OF THE COMPUTER FRAUD & ABUSE ACT 18 U.S.C.S. 1030; AND VIOLATION OF THE WIRETAP ACT 18 U.S.C.S. 2520;

1. The Plaintiff seeks a jury trial and became aware of the Defendants violations in 2021.

2. The Defendant is a Citizen of the State of California and this suit is against the Defendant's personal capacity for the Defendants contributions to the law violations of Meta Platforms Inc. hereinafter referred to as "Meta" a company incorprated in California.

3. The Plaintiff is a citizen of the State of Florida.

4. This Court's Jurisdiction is proper due to a Federal Question brought by the Plaintiff in the claims Cause of Action under 28 U.S.C.S. 1331 & due to Subject Matter jurisdiction being the Judicial District in which many of the actions that bring rise to the claim occurred under 28 U.S.C.S. 1913(b)(2).

## I - CLAIMS

The Defendant, during employment by Meta, participated in the design and implementation of an Artificial Intelligence Machine, hereinafter referred to as "AIM", for use by Meta in conjunction with the Social Media Applications Facebook and Instagram.

Meta is the parent company of Facebook and Instagram two of the world's most popular and prevalent Social Media Platforms. Meta also offers Facebook Messenger and WhatsApp.

The Defendant knowingly and with intent to do so, trained the AIM to violate Federal Laws.

## II - CAUSE OF ACTION

### COUNT 1 - VIOLATION OF THE RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT ("RICO") 18 U.S.C.S. 1962;

The Defendant received income directly from the common goal of a pattern of criminal activity by violation of 18 U.S.C.S. 1028 in conjunction with violation of 18 U.S.C.S. 2511 in the act of obtaining the Plaintiff's facial recognition profile, a means of identification, and training the AIM to intercept the Plaintiff's electronic communications and to recognize the Plaintiff in the intercepted electronic communications of others and profited from the interstate and foreign commerce from the data gleaned from these crimes.

## COUNT 2 - VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT 18 U.S.C.S. 1030;

The Defendant knowingly and with intent to defraud trafficked in the Plaintiff's facial recognition profile through which the Plaintiff's computer may be accessed without authorization and profited from and affected interstate and foreign commerce by training the AIM to use the Plaintiff's "hands-free" password to track the plaintiff in illegally intercepted electronic communications.

## COUNT 3 - VIOLATION OF THE WIRETAP ACT 18 U.S.C.S. 2520;

The Defendant trained the AIM to intercept the Plaintiff's electronic communications and to recognize the Plaintiff in the intercepted electronic communications of others. These were illegally intercepted real-time communications of users of Facebook and Instagram.

## III - FACTUAL BACKGROUND

In 2018, The Plaintiff purchased a Samsung Galaxy S20+ smart phone with cellular service provided by T-Mobile in Orlando, Florida.

The Galaxy device allowed the Plaintiff to access it's Android operating system using his facial recognition profile and the Plaintiff used this as his "hands-free" password.

The Plaintiff downloaded the Facebook, Facebook Messenger and Instagram applications to the Galaxy device and placed his photograph onto his Facebook profile.

The Meta Artificial Intelligence Lab programmed an Artificial Intelligence Machine (AIM) to store and access the facial recognition profiles of Facebook users and to intercept the real-time communications sent through Facebook Messenger and Instagram without permission of the users including the plaintiff.

The AIM was implemented with the goal of tracking people and their interactions with others finding patterns in the activities and therby evaluating the probabilities of actionable outcomes for the purpose of delivering Meta's products and services in the most profitable way.

The AIM created target profiles of the Facebook users that were sold as a marketable commodity in the Surveillance Capitalism of Meta's interstate and foreign Commerce.

These laws violations caused damage to the Plaintiff by the loss of privacy of the Plaintiff's personal property.

## IV - CONCLUSION

|The Defendant, while employed by Meta, constructed and implemented an Artificial Intelligence Machine (AIM).|

|The Defendant programmed and trained the AIM to store and access the Plaintiff's facial recognition profile and to intercept the Plaintiff's real-time electronic communications.|

|These actions were for the purpose of gaining marketable information for Meta's Surveillance Capitalism.|

|The Defendant caused the AIM to violate Federal Laws.|

WHEREFORE, the Plaintiff prays this Honorable Court by it's Order grant the following Remedies to the Plaintiff.

## V - REMEDIES

COUNT 1 - Nominal Damages of $ 0.06 for the loss of privacy of personal property.

COUNT 1 - An Injunctive order prohibiting the Defendant from engaging in any Artificial Intelligence Technology connected with Commerce in conjunction with the personal data of people.

COUNT 2 - A Writ of Replevin for the civil seizure of his facial recognition Profile & $25,000 in Punitive Damages.

COUNT 3 - Any profit gained by the Defendant or $10,000 whichever is greater and $75,000 in punitive Damages.

Date: 12/09/2022

Kemp, Bobby K73043

Holmes Correctional Institution

3142 Thomas Drive

Bonifay, Florida 32425

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

SOUTHERN DISTRICT OF
CALIFORNIA

|  |  |
|---|---|
| BOBBY M. KEMP | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No. |
| | ) |
| AHMAD BEIRAMI | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Ahmad Beirami
1601 willow Rd,
Menlo Park, CA 94025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kemp, Bobby K73045
Holmes Correctional Institution
3142 Thomas Drive
Bonifay, FL. 32425

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Kemp, Bobby K78043
Holmes Correctional Institution
3142 Thomas Drive
Bonifay, Fl. 32425





U.S. Courthouse
Southern District of California
Clerk of the Court
333 W. Broadway Suite 210
San Diego, CA 92101

RECEIVED
MAY 3 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

LEGAL

PROVIDED TO
HOLMES CI
APR 2 6 2023
FOR MAILING

